**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :   No. 427 EAL 2023

         Respondent               :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

         v.                   :

VERNELL MORRIS,                :

         Petitioner               :


## ORDER


**PER CURIAM**

     **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.